# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEAHIOKAHONUA STEWART | ) | Case No. 16mj2123 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 19, 2016__ in the county of __Rutherford__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/115(a)(1)(B) and (b)(1)(4) | Threatening to assault or murder a United States official, that is a member of Congress, with the intent to impede, intimidate, or interfere with such official |
| 18/875(c) | Transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another |

This criminal complaint is based on these facts:

See Attached Affidavit of Lawrence Anyaso, Special Agent United States Capitol Police (USCP), consisting of 12 pages.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lawrence Anyaso, SPECIAL AGENT USCP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/15/2016

_____
*Judge's signature*

City and state: Nashville, Tennessee

E. CLIFTON KNOWLES
*Printed name and title*, USMJ

AFFIDAVIT

1.  I am Lawrence Anyaso, and I am Special Agent with the United States Capitol Police (the "USCP"), where I have served since June 13, 2003. I am currently assigned to the Investigations Division, Threat Assessment Section. I have attended the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia and USCP's three-week Crime Scene Investigation course. In the course of my employment as a Special Agent with the USCP, I have received training in the execution of search warrants and arrest warrants, surveillance, and other investigative techniques. I have been involved in numerous cases involving threats, stalking, and other violations of federal criminal laws.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.  Your affiant submits the facts in this affidavit establish probable cause to believe that violations of the following statutes have occurred and that future acts associated with these violations are planned to be committed by **KEAHIOKAHOUNA STEWART**, hereinafter **STEWART**:

   a. Threatening to assault or murder a United States official, that is a member of Congress, with the intent to impede, intimidate, or interfere with such official, in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(1)(4);

   b. Transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c)LaL

   **STEWART** has made threats to members of Congress and has threatened to attack those persons through the use of a firearm or firearms. Based upon the investigation thus far, **STEWART** has targeted these members of Congress because of their official duties.

1

## GENERAL INFORMATION

4. The Honorable Mazie Hirono is a United States Senator representing the state of Hawaii. Senator Hirono took office on January 3, 2013. Senator Hirono is female. Senator Hirono has an office located in the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Room 3-106, Honolulu Hawaii 96850. Senator Hirono also maintains an office in Washington, D.C.

5. The Honorable Tulsi Gabbard is a Congresswoman representing the 2nd District for the State of Hawaii. Congresswoman Gabbard took office on January 3, 2013. Congresswoman Gabbard's office in Hawaii is located at the following address: Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Room 5-104, Honolulu Hawaii 96850. Congresswoman Gabbard also maintains an office in Washington, D.C.

## BACKGROUND INFORMATON

6. On or about November 15, 2013, **STEWART** sent a "GRIEVANCE-UNITED STATES FEDERAL GOVERNMENT" to the Honorable Barack Obama, President of the United States. **STEWART** also sent a duplicate "Grievance" to the Honorable Eric K. Shinseki, U.S. Department of Veterans Affairs, and the Honorable Collen Hanabusa (a Congresswomen for Hawaii's 1st congressional district from Janury 2011 to January 2015), and the Honorable Tulsi Gabbard. In this "Grievance" **STEWART** stated he had notified both the Honorable Tulsi Gabbard's and the Honorable Collen Hanabusa's offices on November 14, 2013, regarding **STEWART's** belief that in June 2000, while stationed in the Republic of Korea at Camp Stanley, he met a fellow soldier, AJT. **STEWART** claimed and that AJT had the same social security number as **STEWART**. **STEWART** further noted that he began to miss formations, lied to his NCOs (noncommissioned officers), had PT (physical training) failures, did not "giv[e] a 'rats ass'," and made a homicidal threat to his platoon. **STEWART** wanted to know why the federal government would issue his

2

social security to "a soldier, I met?" Each "Grievance" was hand-dated November 16, 2013, and provided an address for **STEWART** of 2019 Lynch Drive, Murfreesboro, TN. **STEWART** listed his email address as gunmeninc@yahoo.com. **STEWART** also provided a "Teletrack" consolidated report dated June 4, 2007, which showed that an "Applicant" named AJT, used social security number ending in 6158, issued in Hawaii in 1988. Teletrack is a consumer reporting agency that provides consumer reports to third parties for the purpose of risk assessment.

### December 2014 Threats

7. In or about December 2014, the Social Security Administration (SSA) office in Honolulu, Hawaii received a letter from **STEWART**. In this letter **STEWART** stated that the Department of Defense and the Social Security Administration (SSA) had ruined **STEWART'S** life. In his letter, **STEWART** claimed that Social Security Administration had issued his social security number to another individual who happened to be stationed at the same military installation as **STEWART** while they were both in the U.S. Army. **STEWART** demanded he receive 100% Veterans Administration disability and $50 billion or he would purchase a gun and a silencer and would not be responsible for any crimes he committed. **STEWART** set a deadline of May 25, 2015 for the Veterans Administration benefits award and the $50 billion Subsequently to the letter, the Social Security Administration Office of Inspector General's investigation revealed that **STEWART's** social security number was actually one digit different when compared to the person **STEWART** identified as having the same social security number.

8. **STEWART** forwarded the same correspondence sent to the SSA in or about December 2014 to several entities, including the Irish Consulate, Department of Veteran's Affairs, and the Department of Defense. As a result, several Federal law enforcement agencies were involved in developing information regarding **STEWART's** threat that he would purchase gun

3

silencer and not be responsible for any crimes he committed. During the course of the investigation, some images of **STEWART** were located from a Facebook posting, which showed images of him possessing firearms. Investigations by the Federal Protective Service (FPS) as well as agents and Task Force Officers from the Federal Bureau of Investigation Joint Terrorism Task Force determined those firearms were rented at a local gun range for use on a range.

9. On December 15, 2014, **STEWART** was interviewed by Social Security Administration Office of Inspector General Special Agent Randi Sanders and Federal Protective Service Special Agent Brian Coyt at his residence in Murfreesboro, TN. During the interview, **STEWART** made several statements regarding his distrust of the government, especially concerning the duplicate issuance of his Social Security Number (SSN). When told his SSN was not issued to another person, he stated he did not trust the government and was waiting for his day in court. When asked about his reference to the firearm and the silencer, **STEWART** stated he did not intend to scare anyone and the gun was for going to the range. **STEWART** stated he did not own a gun, had given one to his cousin, and would not purchase a gun if he were able to get his day in court. The interview ended and the Agents left his residence.

10. On or about July 25, 2014, at approximately 5:23 p.m. **STEWART** sent a "Release and Authorization" to Senator Hirono for her to inquire about AJT's (an individual) military records. **STEWART** alleged AJT had the same social security number as **STEWART**. This Release and Authorization was, according to the information contained on the Release, sent from "Easy Cash Solutions" 18086979671. On this "Release and Authorization," dated July 25, 2014, **STEWART** listed his mailing address as P.O. Box 1588 Waianae, Hawaii, 96792 and that his email address was GUNMENINC@YAHOO.COM.

4

### May 2015 visit to Senator Hirono's Office

11. On May 29, 2015, **STEWART** visited Senator Hirono's office in Washington, D.C. **STEWART** arrived at approximately 8:55 a.m. and asked to speak to the Senator regarding his Social Security information. At that point, based upon prior communications with **STEWART**, a staffer working in Senator Hirono's office concluded that he/she was speaking with **STEWART**. The staff person explained to **STEWART** that the Hawaii office handles casework and that he/she would be happy to take down his information. **STEWART** then confirmed his name and information. **STEWART** then stated he was leaving and added that if he had to come back, there would be a problem. When he began to leave without his bags, the staffer told him that it was their policy that he would have to take the bags with him. **STEWART** stated he did not care. When the staffer asked **STEWART** when he would be back, **STEWART** would not say and left the office. As a result of this encounter, the staffer contacted or caused to be contacted the Capital Hill Police, who then made contact with **STEWART**.

12. When interviewed by the Capital Hill Police on May 29, 2015, **STEWART** provided background information. As part of that information, **STEWART** stated that he enjoyed target shooting at a gun range in Murfreesboro, Tennessee. **STEWART** stated that he resided with an aunt whose last name is Glovicki. **STEWART** told the Capital Hill Police Officers that when he served in Korea with the U.S. Army, he met another soldier with the same social security number as his and that he wanted the government to resolve the issue. A Capital Hill Officer explained that Congress had no jurisdiction to work on the issue and that he should report the matter to either the local police, the Social Security Administration, or the United States Army Office of Inspector General's office. When a Capitol Hill Police Officer asked **STEWART** what he was going to do regarding the issue, **STEWART** stated he would shoot people. When asked

5

to clarify, **STEWART** stated he would shoot a Senator or other politician. When asked again if he planned to hurt others or to physically shoot them, **STEWART** stated he did not intend to do so. A Capitol Hill Police Officer explained to **STEWART** the ramifications and seriousness of his statements, **STEWART** stated he did not mean he would physically harm anyone but that he meant he would go to the media, such as CNN, and report the nature of his situation, and have the persons shot with a camera.

### June 2015 YouTube videos

13. On or about June 12, 2015, **STEWART** posted a video on You Tube entitled "Webcam video from June 12, 2015 01:12 PM (UTC)" in which he displayed the "Grievances" listed above. He also displayed letters he had sent to other federal agencies. This video lasts for six minutes and 58 seconds. In the video, **STEWART** displays what he refers to as a "Letter of Intent: which is addressed to "whom it may concern." The "Letter of Intent" was dated November 25, 2014, and stated

> I, Keahiokahonua Stewart, will get my 100% VA Disability rating and $50 billion U.S. Dollars. Knowing the Social Security Administration and The Department of Defense, ruined my life. I will personally purchase a firearm with a silencer, fill out all the necessary documents through ATF standards. Theyer (unreadable) with the same Social Security Identification number, IT AIN'T IDENTITY THEFT, I'm one of them. If I don't get what I want by May 25, 2015, I Keahiokahonua Stewart will NOT GET CHARGED WITH ANY CRIME NOR PUNISHMENT UNDER ANY LAW PERTAING TO THE GOVERNMENT.

After displaying the "Letter of Intent," **STEWART**, states "they say it was identity theft but what happened was I was in the military and I met this guy with the same social security number. They say it was identity theft here's proof...." **STEWART** then displays the Teletrack report referenced above. **STEWART** then displays what he refers to as his discharge report and a document to establish when he was in Korea. He then displays his National Guard Paperwork.

At 2:48 **STEWART** displays multiple envelopes and states he sent this up to CNN, CIA, and to a bunch of Embassies and to the Secret Service and to a church. **STEWART** and states he is a Morman. **STEWART** states "I don't give a fuck, they better pay me." **STEWART** then displays his phone with a picture of an identification on the screen. **STEWART** then states he bought the phone from his hometown in Hawaii and displays a receipt. Due to the quality of the video the receipt is not readable. **STEWART** states he has his Tennessee carry permit and that he has just finished the class. He then displays a semi automatic pistol and inserts a magazine into the pistol and advances the slide. **STEWART** then states the pistol is a Smith & Wesson MP shield and that he "might use it if they don't pay and stuff like that and if anybody says that's just a social security number it ain't and you know uhm and I won't wait till the fourth of July to burn the American flag..."

14. The next day, June 13, 2015, **STEWART** posted on You Tube a video entitled "Webcam video from June 13, 2015, 03:46 AM (UTC). This video lasts two minutes and forty-six seconds. At the beginning of this video **STEWART** notes a person sitting behind him who is at a computer. **STEWART** states that person is his cousin. Stewart states that he has photos of when he was in Baltimore. **STEWART** then displays his cell phone and shows a picture of the Book of Mormon and then other pictures that are not identifiable. He then displays a picture of a truck on Ebay and discusses it being a cool truck and if he is ever paid his money he will get that truck. **STEWART** then states "I want a new Lambragani but the (unintelligible) was acting like a bunch of bitches so I'm going to go back up there and point a gun at them if I gotta and get my money. I just got to wait what, a couple, one or two months, after I pay for my handgun carry permit.... "

7

Case 3:16-cr-00200   Document 3   Filed 09/15/16   Page 8 of 13 PageID #: 10

## THREAT COMMUNICATED IN INTERSTATE COMMERCE

15. On August 19, 2016, **STEWART** sent an email message using a Yahoo email account to Senator Hirono. This email message contains a threat to kill persons when **STEWART** intends to visit Congresswoman Tulis Gabbard's office in Hawaii in November 2016. The email sent by **STEWART** states his plans as follows:

From: Keahi Stewart [mailto:gunmeninc@yahoo.com]
Sent: August 19, 2016 2:06 AM
To: U.S. Senator Mazie Hirono <hirono.outgoing.mail@hirono.senate.gov>
Subject: Re: Thank you for your message

> "You stupid fucking cunt! I was here in Tennessee to help out my fucking family, lady! I got one fucking driver's license from the state of Tennessee! I'm Keahiokahonua Stewart, you stupid fucking cunt! The military file paperwork I did in fucking Hawaii, ooh wait you dummy Oahu! I asked for Andy James Tafuna'i US ARMY MILITARY FILE, I NEED HIS FUCKING DA FORM 2-1, cunt! My family is the Stewart Ohana out in Waianae, do we have any fucking problems Senator? Thank you for getting my US ARMY MILITARY FILE, faka! That form WHAT THE FUCK? If the late Senator can get file for other person with there information, you better cough um up! I leave Tennessee on NOVEMBER 1, 2016 ON DELTA (BNA-NASHVILLE) TO (HNL-HONOLULU) I ARRIVE 5:49PM +/- 20 MINUTES, and fuck your reception cunt, DeJarlais? I STAYING HOME FOR 3-5 FUCKING YEARS LADY! I WHEN TUNE TULSI GABBARD'S OFFICE IN THE PRINCESS JONAH FEDERAL BUILDING! DATES I KILL FAKAS IN HONOLULU: (2016 NOV 7) (2017 APR 1) (2017 DEC 22) (2018 JUL 4 DROP STATE OF HAWAII MAJOR STRESSOR) (2018 NOV 16) (2019 MAR 1) (2019 OCT 31) (2020 FEB 14) (2020 AUG 3) (2021 MAY 21) (2021 SEP 24 DROP UNITED STATES OF AMERICA STRESSOR)..Paperwork will end up showing up and your dumb fucking cunt ain't ready!

> "RAISE YOUR HAND TO OATH FAKA, AND HOPE YOU DONT MEET SOMEONE IN A MESS HALL DOING HEADCOUNT WITH THE SAME SOCIAL SECURITY NUMBER"

> "DO YOUR FUCKING HISTORY, ASK SOCIAL SECURITY ADMINISTRATION IF THEY WHEN REISSUE YOUR NUMBER"

> GUNMEN INC.MR. STEWART, KEAHIOKAHONUA"

16. Your affiant believes that probable cause exists that the statement contained in the email "I WHEN TUNE TULSI GABBARD'S OFFICE IN THE PRINCESS JONAH FEDERAL BUILDING! DATES I KILL FAKAS IN HONOLULU: (2016 NOV 7) (2017 APR 1) (2017 DEC 22) (2018 JUL 4 DROP STATE OF HAWAII MAJOR STRESSOR) (2018 NOV 16) (2019 MAR 1) (2019 OCT 31) (2020 FEB 14) (2020 AUG 3) (2021 MAY 21) (2021 SEP 24 DROP UNITED STATES OF AMERICA STRESSOR)" constitutes a threat against Senator Hirono and Congresswoman Gabbard and is directed at them based upon their official duties. Your affiant understands the word "Faka" to mean "Fucker." The term Faka is commonly used in Hawaii.

17. The email dated August 19, 2016, originated from IP address 98.211.29.64.

18. I have obtained records for the IP address assigned to the computer from which the message sent August 19, 2016, to Senator Hirono, as set forth above, originated. These records establish that the email was sent from the following physical address: 1938 Russell Drive, Murfreesboro, Tennessee 37130-5943. These records were provided by Comcast Cable Company, hereinafter "Comcast," which is located at 650 Centerton Road, Moorestown, New Jersey 08057. Comcast provides internet, telephone, television services and other services in various regions of the United States. Comcast provides such services in Murfreesboro, TN.

19. The records provided by Comcast lists the service address for IP address 98.211.29.64. as 1938 Russell Drive, Murfreesboro, Tennessee. The records further establish that Comcast provides high speed internet to this address and that there is an E-mail user Id associated with this account of glovicki, dglovick.

20. This is the address also reflected for **STEWART** on his Tennessee Driver's License. As the email was sent from Nashville, Tennessee to Honolulu, Hawaii, the email traveled in interstate or foreign commerce.

21. On or about September 3, 2016, **STEWART** created an Instagram account using the alias "Victor McDonald." An investigating agent has identified this account as that of **STEWART** based on a comparison of facial characteristics of self made (selfie) photos by **STEWART** posted on this account to known photos of **STEWART** and videos **STEWART** has previously posted on YouTube.

22. On September 6, 2016, **STEWART** posted a video on the Instagram account using the alias Victor McDonald. In this video **STEWART** shows a change of address form for Hawaii. The address on this form was Keahiokahonua Stewart, 86-124 Leihoku St, Waiane, HI.

23. On September 6, 2016, **STEWART** posted a picture of a calendar on the Instagram account using the alias Victor McDonald. The picture of the calendar does not display the year. On the picture of the calendar, the date November 1 has a square drawn around that date. The square is drawn in what appears to be a light blue color. On this calendar November 1 is a Tuesday. Also in this photograph the date November 5, 2016, is circled with comments. The circle is drawn in green. On this calendar, November 5 is a Saturday. Written in large lettering across the calendar, in the same green color that circles the November 5th date, are the words "FEED DA FISHES". November 1, 2016, is a Tuesday and that November 5, 2016, is a Saturday. Your affiant believes that the reference "FEED DA FISHES" refers to murdering a person as in throwing a dead body into a body of water, aka "sleeps with the fishes."

24. On September 7, 2016, **STEWART** posted a photo on the Instagram account using the alias Victor McDonald. This photo was a copy of STEWART's Tennessee Driver's license.

25. On September 8, 2016, **STEWART** posted a video on the Instagram account using the alias Victor McDonald. In that video **STEWART** states that he is flying to Honolulu on

10

Case 3:16-cr-00200 Document 3 Filed 09/15/16 Page 11 of 13 PageID #: 13

November 1st and will be traveling with three firearms consisting of an AR rifle with scope and two handguns.

26. On September 8, 2016, **STEWART** posted comments on the Instagram account using the alias Victor McDonald. In these comments, **STEWART** states that he used his father's name to mail a silencer for a Walther PPX pistol to a PO Box in Waianae (Hawaii). **STEWART** further states that the silencers are stored in a garage at 86-124 Leihoku St (Waiane, Hawaii).

27. On September 12, 2016, **STEWART** posted comments on the Instagram account using the alias Victor McDonald. This comment was accompanied with a short video. In the comment, **STEWART** stated "My Other baby going to Waiannae! #Stinner # 5 56NATO #Gunmeinc." The video is of the lower receiver of an AR-15 rifle and the upper receiver of an AR-15 rifle. An AR-15 may be "broken down" in this manner and reassembled. When reassembled, this weapon would be fully functional.

28. Your affiant has obtained records from Delta Airlines which confirm that **STEWART** has an airline reservation to fly from Nashville, Tennessee, to Honolulu, Hawaii, on November 1, 2016. According to information from Delta Airlines, this ticket was "exchanged." From my understanding from Delta Airlines, this operates as a credit and **STEWART** may use this credit to obtain a ticket for another date.

29. Federal Bureau of Investigation Agents have obtained records from Facebook for the Facebook link "https://www.facebook.com/keahi.stewart?fref=ts" The name on this Facebook Page is Konan Parker. This page has Identification Data for **STEWART**. Along with this information is AJT's name. The most recent post on this Facebook page occurred on September 15, 2016 at 15:33 hours UTC, which equates to September 14, 2016, at 7:15 p.m. Records

11

obtained from the service provider for this account establishes that the IP address for the computer generating the posting is located at 1938 Russell Drive, Murfreesboro, Tennessee.

## CONCLUSION

30.     Your affiant submits there is probable cause that **STEWART** has violated Title 18, United States Code, Section 115(a)(1)(B) and (b)(1)(4) and Title 18, United States Code, Section 875(c).  **STEWART** has displayed a history of threats dating back to at least 2014.  In the email dated August 19, 2016, sent in interstate or foreign commerce, **STEWART** threatens to kill persons in the Prince Kuhio Federal Building and specifically mentions Congresswoman Gabbard's office in that building.  Furthermore, **STEWART** directs the threat to Senator Hirono, who also maintains an office in the Prince Kuhio Federal Building.  **STEWART** further has set dates for his threat of violence, and has discussed placing firearms in Hawaii prior to his November 1, 2016, arrival in Hawaii.  Furthermore, **STEWART** has stated that he will be taking firearms to Hawaii.  **STEWART** has set forth his actions are based upon his displeasure in the response he has received from Senator Hirono regarding his allegation that his social security number has been assigned to another individual.  Your affiant submits that probable cause exists that Senator Hirnon and Congresswoman Gabbard have received the threat based upon their official positions.

31.     Further affiant sayeth not.