UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 0 5 2016

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:16-00200 |
| v. | ) | 18 U.S.C. § 115(a)(1)(B) |
| | ) | 18 U.S.C. § 875(c) |
| KEAHIOKAHONUA STEWART | ) | 18 U.S.C. § 922()(24) |
| | ) | 18 U.S.C. § 922(e) |
| | ) | 18 U.S.C. § 924(a)(1)(D) |
| | ) | 18 U.S.C. § 924(c) |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5871 |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES:

On or about the August 19, 2016, in the Middle District of Tennessee and elsewhere, the

defendant, **KEAHIOKAHONUA STEWART**, knowingly and willfully transmitted in interstate

and foreign commerce, from Murfreesboro, Tennessee, to Honolulu Hawaii, a communication

containing a threat to injure the person of another, to wit: an email, sent to United States Senator

from Hawaii, a United States Official, stating, in part " I leave Tennessee on NOVEMBER 1, 2016

ON DELTA (BNA-NASHVILLE) TO (HNL-HONOLULU) I ARRIVE 5:49PM +/- 20

MINUTES, and f_ _k your reception c_ _t, DeJarlais? I STAYING HOME FOR 3-5 F_ _KING

YEARS LADY! I WHEN TUNE TULSI GABBARD'S OFFICE IN THE PRINCESS JONAH

FEDERAL BUILDING! DATES I KILL FAKAS IN HONOLULU: (2016 NOV 7) (2017 APR 1)

(2017 DEC 22) (2018 JUL 4 DROP STATE OF HAWAII MAJOR STRESSOR) (2018 NOV 16)

(2019 MAR 1) (2019 OCT 31) (2020 FEB 14) (2020 AUG 3) (2021 MAY 21) (2021 SEP 24

DROP UNITED STATES OF AMERICA STRESSOR)."

In Violation of Title 18, United States Code Section 875(c).


## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about the August 19, 2016, in the Middle District of Tennessee and elsewhere, the defendant, **KEAHIOKAHONUA STEWART**, did knowingly and willfully threaten to assault and murder a United States Official, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance their official duties.

In violation of Title 18, United States Code Section 115(a)(1)(B).


## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about August 19, 2016, through on or about September 16, 2016, in the Middle District of Tennessee and elsewhere, the defendant, **KEAHIOKAHONUA STEWART**, knowingly possessed a firearm, that is a Canik TP9SF 9 mm Pistol, Serial Number T6472-15 AT 34579, a Walther PPX 9mm Pistol, serial number FAO1326, and an AR-15 Rifle, Serial Number 15028856, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is a violation of Title 18, United States Code, Section 875(c).

In violation of Title 18, United States Code, Section 924(c)(1).

2

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about July 27, 2016, through on or about September 16, 2016, in the Middle District of Tennessee, the defendant, **KEAHIOKAHONUA STEWART**, did knowingly and willfully deliver and cause to be delivered to any common or contract carrier for transportation or shipment in interstate or foreign commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, and licensed collectors, any package or other container in which there was any firearm or ammunition without written notice to the carrier that such firearm or ammunition was being transported or shipped.

In violation of Title 18, United States Code, Section 922(e) and 924(a)(1)(D).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about July 27, 2016, through on or about September 16, 2016, in the Middle District of Tennessee and elsewhere, the defendant, **KEAHIOKAHONUA STEWART**, knowingly received and possessed firearms as defined by Title 26, United States Code, Section 5845(a), that is, silencers, that is any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrications, not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

3

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 and Title 18, United States Code, Section 921(a)(24).

A TRUE BILL:

_____
FOREPERSON    10/5/16

_____
DAVID RIVERA
UNITED STATES ATTORNEY

_____
VAN S. VINCENT
ASSISTANT UNITED STATES ATTORNEY

4